# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| MEAGAN PACE D/B/A FIBER MEETS FILAMENT, | Case No.: 3:26-cv-00165 |
| Plaintiff, | Judge: Aleta A. Trauger |
| v. | Magistrate Judge: |
| THE ENTITIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS LISTED ON SCHEDULE A, | **JURY DEMAND** |
| Defendants. |  |

## PLAINTIFF MEAGAN PACE D/B/A FIBER MEETS FILAMENT'S NOTICE OF POSTING BOND

Plaintiff, Meagan Pace d/b/a Fiber Meets Filament, by and through her undersigned counsel, hereby gives notice that, pursuant to the Court's Order dated March 25, 2026, granting Plaintiff's Motion for Temporary Restraining Order, and Federal Rule of Civil Procedure 65(c), Plaintiff has posted a bond in the amount of Five Thousand Dollars ($5,000.00).

This bond is posted with the Clerk of Court to secure the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully enjoined or restrained. A copy of the surety bond is filed contemporaneously herewith as Exhibit A.

Dated: March 27, 2026

1

Respectfully submitted,

*/s/ G. Edward Powell III*
Chanelle Acheson (TN BPR #30008)
W. David Bridgers (TN BPR #16603)
G. Edward Powell III (CA Bar #324530)
**Waddey Acheson LLC**
1030 16th Ave S, Suite 300
Nashville, TN 37212
615-839-1100
ed@waddeyacheson.com
*Counsel for Meagan Pace d/b/a Fiber Meets Filament*

2